**UNITED STATES of America**
Plaintiff–Appellee

v.

**Juan MANJARREZ–SANCHEZ**
Defendant–Appellant

No. 16-1750

United States Court of Appeals, Eighth Circuit.

Submitted: August 5, 2016

Filed: August 12, 2016

Matt E. Lierman, Assistant U.S. Attorney, Omaha, NE, for Plaintiff–Appellee

Juan Manjarrez–Sanchez, Pro Se

Before WOLLMAN, ARNOLD, and MURPHY, Circuit Judges.

PER CURIAM.

Juan Manjarrez–Sanchez directly appeals the sentence imposed by the district court[1] after he pleaded guilty to conspiring to distribute methamphetamine. His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence was unreasonable. We conclude that Manjarrez–Sanchez's appeal waiver should be enforced and prevents consideration of his claim. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); <u>United States v. Andis</u>, 333 F.3d 886, 889–90 (8th Cir. 2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result). Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal.

According, we dismiss the appeal and we grant counsel's motion to withdraw.

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.